**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Brandy Elizabeth Etterman a/k/a Brandy       **BK NO. 23-00534 HWV**
Elizabeth Myers
    Joshua Michael Etterman              **Chapter 7**
              **Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                    Respectfully submitted,

/s/ *Michael Farrington*
_____
Michael Farrington
03 Apr 2023, 10:26:40, EDT


       KML Law Group, P.C.
       BNY Mellon Independence Center
       701 Market Street, Suite 5000
       Philadelphia, PA  19106
       215-627-1322

Document ID: 7cb7078bb2e36c5d1d31d5d8ac80e428e9216217a4a64c37f6e4f1239c56b86b