United States Bankruptcy Court
Middle District of Pennsylvania

In re:   Case No. 23-00534-HWV
Brandy Elizabeth Etterman   Chapter 7
Joshua Michael Etterman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Apr 12, 2023     Form ID: ntcon341     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brandy Elizabeth Etterman, 5 Monroe Avenue, Lebanon, PA 17046-1559 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| jdb | + Email/PDF: jetterman@outlook.com | Apr 12 2023 18:35:00 | Joshua Michael Etterman, 5 Monroe Avenue, Lebanon, PA 17046-1559 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Brandy Elizabeth Etterman,
aka Brandy Elizabeth Myers,

    **Debtor 1**

Joshua Michael Etterman,

    **Debtor 2**

Chapter 7

Case No. 1:23−bk−00534−HWV

## Notice

Notice is hereby given that:

The previously scheduled 341 meeting of creditors for both Debtors has been continued to:

| 341 meeting will be held telephonically, refer to the call−in instructions. | Date: May 16, 2023  Time: 12:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: PamelaRadginski, Deputy Clerk

Date: April 12, 2023

ntcon341(04/20)