United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-00534-HWV
Brandy Elizabeth Etterman  Chapter 7
Joshua Michael Etterman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: May 04, 2023     Form ID: pdf010     Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandy Elizabeth Etterman, 5 Monroe Avenue, Lebanon, PA 17046-1559 |
| 5527593 | + | Bureau of Account Management, 3607 Rosemont Ave, Camp Hil, PA 17011-6904 |
| 5527617 | + | City of Lebanon Authority, 2311 Ridgeview Rd, Lebanon, PA 17042-2565 |
| 5527587 | + | Community Federal Savings Bank, 8916 Jamaica Ave, Woodhaven, NY 11421-2040 |
| 5527588 | #+ | Derry Township Tax Collector, 610 Clearwater Rd, Hershey, PA 17033-2453 |
| 5527592 | + | FinSys of Richmond, Inc, PO Box 786, Richmond, IN 47375-0786 |
| 5527610 | + | Gravenor Home for Funerals, 100 W. Main St, Ephrata, PA 17522-2078 |
| 5527614 | + | Intoxalock, 11035 Aurora Avenue, Des Moines, IA 50322-7902 |
| 5527607 | + | Keystone Collections Group, 400 S. 8th St, Lebanon, PA 17042-6794 |
| 5527591 | + | LVNV Funding, LLC, C/O Resurgent Capital Services, PO Box 12, Greenville, SC 29602-0012 |
| 5527615 | + | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 5527619 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, Attn: DG Administrator - R-REAP-31, 2800 Pottsville Pike, Reading, PA 19605 |
| 5527618 | + | Northern Lebanon County Authority, 400 Jonestown Rd, PO Box 434, Jonestown, PA 17038-0434 |
| 5527595 | | PSECU, PO Box 67012, Harrisburg, PA 17106-7012 |
| 5527616 | | Penn State Health, PO Box 829725, Philadelphia, PA 19182-9725 |
| 5527609 | + | Progressive, PO Box 4640, Carol Stream, IL 60197-4640 |
| 5527586 | + | Swatara Township, 68 Supervisors Drive, Jonestown, PA 17038-8904 |
| 5527604 | + | York Collections, 33 S. Duke St, York, PA 17401-1401 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| jdb | + | Email/PDF: jetterman@outlook.com | May 04 2023 18:34:00 | Joshua Michael Etterman, 5 Monroe Avenue, Lebanon, PA 17046-1559 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 04 2023 18:43:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5527590 | + | Email/Text: legal@arsnational.com | May 04 2023 18:34:00 | ARS National, 201 West Grand Ave, Escondido, CA 92025-2603 |
| 5527589 | + | Email/Text: legal@arsnational.com | May 04 2023 18:34:00 | ARS National Services, PO Box 463023, Escondido, CA 92046-3023 |
| 5527598 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 04 2023 18:34:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413 |
| 5527597 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 04 2023 18:43:51 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5527602 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 04 2023 18:43:47 | Dept of Ed/AIDV, PO Box 9635, Wilkes-Barre, PA 18773-9635 |

| | | | | |
|---|---|---|---|---|
| 5527599 | + | Email/Text: bankruptcydepartment@tsico.com | May 04 2023 18:34:00 | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 5527596 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 04 2023 18:43:45 | JPMCB, JPMorgan Chase, PO Box 15018, Wilmington, DE 19850 |
| 5527601 | + | Email/Text: unger@members1st.org | May 04 2023 18:34:00 | Members 1st FCU, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5527606 | + | Email/Text: bankruptcydpt@mcmcg.com | May 04 2023 18:34:00 | Midland Credit Management, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 5527600 | + | Email/Text: bankruptcy@moneylion.com | May 04 2023 18:34:00 | Moneylion, PO Box 1547, Sandy, UT 84091-1547 |
| 5527608 | | Email/Text: Bankruptcy.Notices@pnc.com | May 04 2023 18:34:00 | PNC Bank, PO Box 71335, Philadelphia, PA 19176-1335 |
| 5536070 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 04 2023 18:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5527594 | | Email/PDF: ebnotices@pnmac.com | May 04 2023 18:43:45 | Pennymac Loan Services LLC, PO Box 30597, Los Angeles, CA 90030-0597 |
| 5527605 | | Email/Text: bankruptcy@springoakscapital.com | May 04 2023 18:34:00 | Spring Oaks Capital LLC, PO Box 1216, Chesapeake, VA 23327-1216 |
| 5527612 | + | Email/Text: bankruptcy@sw-credit.com | May 04 2023 18:34:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 5527812 | + | Email/PDF: gecsedi@recoverycorp.com | May 04 2023 18:43:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5527613 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | May 04 2023 18:43:47 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 5527611 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 04 2023 18:34:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 5527603 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 04 2023 18:43:45 | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 06, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kara Katherine Gendron | karagendrontrustee@gmail.com  PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Brandy Elizabeth Etterman**<br>**aka Brandy Elizabeth Myers**<br><br>Debtor 1<br>**Joshua Michael Etterman**<br><br>Debtor 2 | Chapter: 7<br><br>Case No.: 1:23-bk-00534-HWV |

## ORDER DISMISSING CASE

It appearing that the above named Debtors have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B122A-1 Chapter 7 Statement of Your Current Monthly Income

B 122A-1 Supp - Chapter 7 Statement of Exemption from Presumption of Abuse under §707(b)(2)

B 122A-2 Chapter 7 Means Test Calculation

List of Creditors (Mailing Matrix)

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtors be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

*/s/ Henry W. Van Eck*
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 4, 2023